FILED

DEC - 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:07CR314-WKW |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 2, 2007, in Montgomery County, within the Middle District of Alabama,

ANTRONEIO LEVELLE THOMAS,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| November 28, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1362 | Receiving Stolen Property First Degree |
| January 3, 2003 | Circuit Court of Montgomery County, Alabama | CC-2002-1403 | Unlawful Possession of Controlled Substance (Marijuana First Degree) |

did knowingly possess in and affecting commerce a firearm, to-wit: a Norinco, .45 caliber pistol, Model 1911A1, a better description of which is unknown to the Grand.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
Tommie Brown Hardwick
Assistant United States Attorney