IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR314-WKW |
| ANTRONEIO LEVELLE THOMAS | ) | |

**ORDER**

The pretrial conference in this matter previously scheduled on 3/17/2008 is RESCHEDULED to 3/14/2008, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 14th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE