IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

**UNITED STATES' CORRECTED MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Corrected Motion to Substitute Assistant United States Attorney Nathan D. Stump as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick as the original motion was incorrectly filed as a notice.

Respectfully submitted this the 13th day of March, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Nathan D. Stump
> NATHAN D. STUMP
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr314-WKW |
| ) | |
| ANTRONEIO LEVELLLE THOMAS ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Petersen, Esq.

    Respectfully submitted,

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

-2-