UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:07cr314-WKW |
| ANTRONEIO LEVELLE THOMAS ) | |

## ORDER

Pending before the Court is A *Motion to Substitute Attorney* (Doc. 12, filed March 13, 2008). For good cause, it is **ORDERED** that the motion is GRANTED to the extent that Assistant United States Attorney Nathan D. Stump is designated as counsel for the United States. The motion and the instant order does not relieve Assistant United States Attorney Tommie Brown Hardwick from the representation of the United States in this matter.

DONE this 9th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE