IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:07-cr-314-WKW |
| | ) |
| ANTRONEIO L. THOMAS | ) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**
**TO PERMIT DEFENDANT TO ATTEND FUNERAL**

**COMES NOW** the Defendant, **ANTRONEIO L. THOMAS**, by and through undersigned counsel, Michael J. Petersen, and files this Motion to Temporarily Modify Conditions of Release. In support of this Motion, Defendant would show the following:

1. On December 19, 2007, Mr. Thomas was placed on pretrial release.

2. As a condition of his release, Mr. Thomas was placed on electronic monitoring.

3. On April 25, 2008, Mr. Thomas entered a plea of guilty and was adjudicated guilty. Mr. Thomas was continued on release pending his sentencing hearing.

3. Since being placed on release, Mr. Thomas has complied with the conditions of his release.

4. On April 29, 2008, a close family friend and "mother of the neighborhood," Lily Jenkins passed away at Jackson Hospital.

5. Mr. Thomas requests the Court's permission to attend Ms. Jenkins' funeral, set for Tuesday, May 6, 2008 at 12:00 p.m. in Montgomery, Alabama.

6. The funeral will be held at Jerusalem Baptist Church;1720 Tolvert Street; Montgomery, Alabama.

7. Mr. Thomas requests permission to attend the funeral service and immediately

return to his place of confinement.

8. The Government, through Assistant United States Attorney, Nathan Stump, does not oppose this request.

9. The United States Probation Office, through Probation Officer David Conoly, opposes this request.

**WHEREFORE**, based on the foregoing, Mr. Thomas respectfully requests that this requested temporary modification be granted.

Dated this 2nd day of May 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-314-WKW |
| | ) | |
| ANTRONEIO L. THOMAS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M