UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:07cr314-WKW |
| ANTRONEIO LEVELLE THOMAS ) | |

### ORDER

Pending before the Court is the Defendant's *Motion to Modify Conditions of Release to Permit Defendant to Attend Funeral* (Doc. 22, filed May 2, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

Defendant may attend the viewing Monday, May 5, 2008 from 6:00-7:00 p.m., but may not attend the funeral on Tuesday, May 6, 2008. Defendant has been made aware of these conditions via his Pretrial Services Officer.

DONE this 5th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE