IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Antroneio Levelle Thomas is **CONTINUED** from August 7, 2008, at 9:00 a.m., to **August 13, 2008, at 10:00 a.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of July, 2008.

                                               /s/  W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE