**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 2:07-cr-314-WKW** |
| | **)** | |
| **ANTRONEIO L. THOMAS** | **)** | |

### NOTICE OF LETTERS OF REFERENCE

Please take notice that the attached letters are submitted for the Court's consideration prior to sentencing.

Dated this 11th day of August 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-314-WKW** |
| | ) | |
| **ANTRONEIO L. THOMAS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

Brian E. Thomas
2366 Carston Ct.
Montgomery, Alabama 36117

July 15, 2008

To Whom It May Concern:

Dear Sir or Madam:

This letter is written on behalf of Antroneio L. Thomas as a representation of his exceptional character. You never really know a person until they are faced with life changing decisions. About eight years ago, our family was delt a crushing blow. With his dad and one of his three brothers falling terminally, Antroneio was forced to give up providing for himself and his social life, to help provide around the clock. Behind closed doors there was a lot of crying and bitterness, but for the five years he was there to provide them both with whatever they need. He was a daily provider of transportation for his mom, who is legally blind. A family is a team, and every player has a role. Even though Antroneio was not the most important player, he is the most valuable on the Thomas family team!

Every now and then, a good person does a bad act. Is punishment deserved? Yes. However, it is in your hands to decide what will be fair. It has been very hard these past months, dealing with rearranging our life, due to Antronio on house arrest. Going to prison, reform criminals. Find it in your to consider every form of just punishment other than prison. I really feel that would do more harm than good. In the end, I know the proper punishment will be handed down. In closing, I would like to thank you for taking time out to read my thoughts!

Sincerely,
Brian E. Thomas

July 11, 2008

To whom it may concern:

My name is Elizabeth Thomas and I'm the Mother of Antroneio Thomas. I'm writing on behalf of my son and the situation he has placed him self in by not using positive judgment. I've known my son to be a positive influence and a very loyal person to his family and friends. I feel it must be known that I raised Antroneio to take responsibility for his actions as he is doing at this time. I also feel the need to express to you that Antroneio is very committed to me and our family, for example: I was diagnosed as being legally half blind and he took on the responsibilities of making sure that I was on time for work, church and other places that I needed to go. Also, Antroneio took on another responsibility to care for his father when he was diagnosed with cancer and also his brother when he was diagnosed with ALS. Antroneio was there with them every step of the way until their last breathes. Antroneio loves his nieces and nephew, when they come over to the house they light up with joy when they see "Uncle Tony" and he spends quality and countless time with them. I'm saying all of this because, I truly need Antroneio at home with me. Sometimes it gets hard not being able to see and Antroneio is there to help clean, cook, or just

being there for me. I truly think supervised probation would be the key to this situation. I will make sure Antroneio will follow all rules and regulations that he will need to do, in order to stay free from prison. Antroneio is not a violent person or have committed any violent crimes and I just think prison is not the answer. Antroneio has expressed his true apologies to me and I do accept what he has done. I hope this letter will prove that Antroneio is a very positive, loyal, and respectful person. I must say that the actions my son as chosen are completely out of his character, but life is a learning experience and this is one downfall that will help him make more positive decisions in the future. Again thank you for your time.

Sincerely,

Elizabeth Thomas

Mrs. Jameko P. Thomas
8600 Carston Court
Montgomery, AL 36117

July 15, 2008

To whom it may concern:

I am writing this letter concerning the character of Mr. Antroneio L. Thomas. He became a part of my "life" in 1992 when I met his brother. He became a part of my "family" when I married his brother in 1998. Throughout the years, he has been the most respectable and caring brother-in-law any one could wish for. He has been a tremendous support system for the entire family. Whether it be taking care of his nieces and nephews when needed, driving to and from for his mother who is legally blind, or taking on the huge responsibility of caring for his father and brother for five years during their time of sickness. He has definitely taken on a role of being a great family provider.

We all know that there is good and bad wherever we go, and sometimes we tend to follow the wrong path in life. And in this one particular instance, Tony may have gone down the wrong path, but if you took the time to know the real Tony, the one who is humble, strong, respectful, encouraging, and dependable, you would look past his faults and realize that he is a good citizen in need of mercy. He has paid his dues to society during the past eight months. Being under house arrest has been a lesson learned, giving him much time realize his wrong doing. Please consider other forms of punishment instead of prison time, so that he will be available for his mother and his family as he has been in the past.

In closing, thank you for taking the time to read my thoughts and expressions concerning Mr. Antroneio Thomas, and please consider giving him a second chance…everyone deserves one.

Sincerely,

Jameko P Thomas

Mr. & Mrs. Jimmy Pritchett
948 54th Ave South
St. Petersburg, FL 33705
727-866-0061

To whom it may concern:

We are writing this letter of character on behalf of Mr. Antroneio L. Thomas, better
known to us as "Tony".  He is a blessing to his entire family and all of his friends. He has
been a part of our lives for the past 15 years. And throughout the years we have gotten to
know him and love him. He has a sweet and gentle spirit, and is a very mild mannered
and humble young man. He is a great uncle to our three grandchildren and has been a
tremendous help to his mom in times of need. During the illness of his father and his
brother, he was the strong family member always willing to help take care of them. When
asked to sacrifice his personal time, he was always willing to be there for his nieces and
nephews. Always willing to give a helping hand and set a good example of what they
should and should not do. My husband and I live in Florida, and we truly appreciate the
way he accepted our daughter (as his sister-in law) into his heart and his family. It gives
us a little piece of mind knowing that he is always ready and willing to give a helping
hand when our daughter and our grandkids need it. In closing, we are truly thankful for
Tony being a part of our lives. And we will continue to support him and love him.

As the word says in Proverbs 22:6
"Train up a child in the way he should go, even when he is old he will not depart from it."
We thank God for the spiritual enrichment Tony has within him, even though sometimes
in life we make bad decisions. We thank God for his love, forgiveness, grace and mercy;
and pray that you will grant that same favor and compassion towards Tony.

Sincerely,
Mr. & Mrs. Jimmy Pritchett

TO: WHOM IT MAY CONCERN:

THIS IS A LETTER OF RECOMMENDENDATION ON THE BEHALF
OF A NEIGHBOR **"ANTRONEIO THOMAS"**. (HE HAS BEEN
MORE LIKE A BROTHER THAN A NEIGHBOR.) HE HAS ALWAYS
BEEN RESPECTABLE AND MAMMERABLE TO MY FAMILY. I'VE
SEEN A TREMENDOUS CHANGE FROM A CHILD TO A MAN OVER
THE YEARS. HE HAS ALWAYS BEEN A MENTOR TO OTHER
YOUNG KIDS IN THE NEIGHBORHOOD. FOR EXAMPLE: A
FRIEND OF MINES HAS A FOUR YEAR OLD SON, (BRAXTON) AND
HE HAS A BAD ATTITUDE. FIRST OF ALL, ANTRONRIO ALWAYS
ASKS ME ABOUT HIM (HOW IS BRAXTON DOING?). SECOND OF
ALL, WHEN HE SEE BRAXTON (ANTRONEIO) ALWAYS HAS A
ONE ON ONE TALK WITH HIM. (ABOUT HIS ATTITUDE,
BEHAVIOR, AND ETC.) I (JENNIFER) ALSO HAVE A TEENAGER
(Ja'CORY) THAT ANTRONEIO OFTEN MENTOR WHILE PLAYING
BASKETBALL WITH HIM IN THE AFTERNOON. ANTRONEIO
ENCOURAGEMENT FOR OTHER MAKES IMPROVEMEMT EASIER
FOR OTHERS TO LISTEN. HE'S EAGER TO HELP OTHERS. I'VE
ALSO NOTICE THAT **"ANTRONEIO"** MOTHER NEEDS HIM AT
HOME WITH HER SINCE THE LOST OF HER HUSBAND AND SON.

**JENNIFER T. BROWN**
**4389 CLANTON DRIVE**
**MILLBROOK, AL 36054**
**(334) 285-9468**

To whom it may concern:

I am writing in reference to the character of Tony Thomas, a friend and former High School classmate.

I have known Tony since I moved to Alabama from Arizona in 1994 due to my dad being transferred to Maxwell AFB. As a new student in a school you always go in feeling a little insecure and out of place, but Tony noticed me and began talking to me and the next thing I knew I was surrounded by his friends who became my friends.

We had different interest and sometimes different sets of friends as we got older, but he always let me know that he was my friend. He has visited my Mom and calls her often to see how she is doing and offers his help, which makes me feel good since I am not close to home.

Tony was always outgoing and very friendly, but what impressed me the most about him was his commitment to family. Over the years his family has faced many adversities with the untimely death of his father and the long time debilitating disease that finally took the life of his brother. His brother was in a wheel chair but Tony always made sure he was out and about and engaged in life. He has been a rock for his mother and a loyal friend. Since I moved to Maryland I hear from him often, keeping me abreast of what's going on with everyone which keeps me connected to Alabama.

His sense of humor, dynamic personality, commitment to family and friends is what I know and love about him.

Thank you.

Heather Dacus-Shambley

To Whom It May Concern:

I am writing this letter in support of Tony Thomas. I have had the pleasure of knowing Tony my whole life. We grew up in the same neighborhood and our families were very close. We were raised in a place where everyone took onus in helping keep the kids on track. I have known Tony to be a very respectful and wise person. Tony like all of us has fallen short of the expectations set for us.

I have seen Tony mature as this process has unfolded. In our conversations he has accepted responsibility for his wrongs and is ready to turn things around. We all make mistakes that we wish we could take back. I speak of this because in 1999 I was in the same position. I was caught with drugs and went thru the federal system. I completed my sentence as well as 5 years of supervised release. In the time since my release I have completed my college degree, started a family and embarked on a rewarding career.

I am proof hat given the chance you can make something out of your life if given another chance. There are many people who will act as mentors in Tony's life. I will take it upon myself to mentor and guide Tony. He has a great support system in place and will continue to be loved. I humbly ask the court to give Tony a chance to prove that he can turn it around.

Jeremy T Brown

Enterprise Rent-a-Car

334-272-3123

334-430-2636

Erica Neal
15518 Stuckey Loop
Groveland, Florida 34736

April 25, 2008

To Whom It May Concern:

Dear Sir or Madam:

This letter is written on behalf of Antroneio L. Thomas as a representation of his exceptional character. I have known Antroneio for 12 years and can honestly say the he is one of the most compassionate individuals. His dedication and love for his family is a demonstration of his compassion. The personal sacrifice that he has made over the years to care for his family is immeasurable. Since I have known Antroneio he has cared for his brother and father, who are now deceased, throughout their sickness. He now resides with his mother, who relies on him to assist with day to day needs and transportation due to her failing eye site.

Having the opportunity to know Antroneio is an honor because he inspires me to be a better person. To have the type of unselfishness he has for his family is more than most people can say. He has forgone any dreams and goals to take care of his family because that's what is most important to him. He is not looking for fame, fortune, money, cars or any of the material things most people are seeking at his age. Antroneio's goal in life is to make sure his family is taken care of and that's what he's doing. I truly believe it would be unfortunate situation for him to be incarcerated. I believe it would not benefit Antroneio at all to be behind bars. If anything, let this gentlemen share his story with youth and inspire them the way he has inspired me to be a better person. I am the founder of a non-profit organization called the Stuckey Community Improvement Group, Inc. and Antroneio has assisted with youth activities we have held the past couple of years. This is something he wanted to do to give back to the community. He has a great heart and truly deserves a chance to have a positive influence on society. Not only that, he would leave his widowing mother alone to care for herself. Please give Antroneio a second chance to prove he is deserving of his freedom.

Sincerely,

Erica Neal
Stuckey Community Improvement Group President
Galderma Laboratories Pharmaceutical Sales Representative

May 15, 2008


To Whom It May Concern:


This letter is on behalf of my newphew Antroneio Thomas, I've known him all my life and he is a fine and caring young man.

He took care of his now deceased father and brother during their illness. And now assist his mother with her eye disease.

He need another chance now to correct his mistake and probation would be that answer.


Thank You,

Mr & Mrs Johnny Givens Sr.



*Agape Ministries Christian Worship Center*
*Home of God's Unconditional Love*
*213 Madison Ave.*
*Montgomery Alabama 36104*
*William E. Hopkins, Pastor*
*334-263-7776*
*Agape5ministries@yahoo.com*

*April 27, 2008*

*To Whom It May Concern:*

*I've known Antroneio Levelle Thomas for all 29 years of his life. I've known him to be a rather respectful young man. Tony (as we all call him) is always willing to assist neighbors with anything they may need help with.*

*In recent years, Tony has had to take on more responsibility at home with the passing of his father and brother. He first lost his father to cancer. He then lost his brother to Lou Gerick's Disease. Tony also took on the role as care giver when his brother's illness caused him to be homebound and later bed ridden.*

*Tony is now the only son at home with his mother who is legally blind. I know that it gives his mother great consolation by him being there. I hope and pray that in whatever situation that he is in which constituted this letter that mercy will be rendered so that Tony can continue to be a help to his mother at home.*

*Sincerely,*

*William E. Hopkins*

*William E. Hopkins, Pastor*
*Agape Ministries Christian Worship Center*

January 21, 2008

To Whom It May Concern,

I, Olivia T. Brewer-Quarles, am a wife, mother and grandmother. I am fifty-three years of age and employed by the State of Alabama. I have known Tony Thomas since his Jr. High School years. Tony and my son met in Jr. High School and have been close friends since.

I know Tony to be respectful, kind, and loving. Tony has spent many days and nights in my home. He is well known by my entire family. Tony, his family, and mine have always been there to support each other in times of happiness, trouble and sorrow.

I know that Tony's record is not flawless, but I am asking for some leniency in this situation. I believe that everyone deserves a second chance.

To me, Tony is a son. I love him and my family loves him as well. He will always have a place in my heart, my home and my family.

Respectfully Yours,

*Olivia T. Brewer-Quarles*

Olivia T. Brewer-Quarles

Zenyatte Hassell
3033 Renee Dr.
Montgomery, Alabama   36116


March 18, 2008

To Whom It May Concern:

I have known Antonio Thomas for over 15 years.  My family moved to the
Brookview Community when my brother and I were entering eighth grade.
During these years, I have known Antonio to be a very helpful person.
There were times I have often observed him advising young boys to make
good decisions in life and not make the same mistakes he had made.

Sincerely,



Zenyatte Hassell

January 14, 2008

To Whom It May Concern,

I am writing this letter on behalf of Mr. Tony Thomas. I met Mr. Thomas when I moved to Montgomery in 1990. He and my brother became close friends and Mr. Thomas became like a member of our family.

In the years that I have known Mr. Thomas, I have never witnessed any aggressive or violent behavior on his part. He has always been the "clown" of the group. In October 2007, Mr. Thomas spent the weekend with my brother and I. We attended a football game and Mr. Thomas was not involved in any altercations.

Mr. Thomas has always been very respectful towards my mother as well as me. He has always used the term "ma'am" when referring to my mother. I have never felt uncomfortable while in the presence of Mr. Thomas.

I hope this letter helps with establishing the character of Mr. Tony Thomas.

Respectfully,

Mrs. Sherron Miles

April 15, 2008

To Whom It May Concern:

I am writing this letter on behalf of Tony Thomas. I've known Tony for going on 11plus years. Since I've known him, he's alway been a respectfull and humorous person. During the years of knowing him, he's had to face several hard trials at a young age.

He's had to watch and care for his father and one of his older brothers until there deaths. I trully respected him for stepping up and helping out his family the way he did. Eventhough it was rough sometimes for him, he still pressed on. During the past two summers, he's also been helping me with watching my step daughter and son. They both Love him so dearly.

In, closing we all make mistakes good and bad people that we wish we could take back. During this time, we just hope to learn from them and be able to move on with our lives. Tony my have made some wrong choices, but he still is a great people to know and love.

Sincerely,

Glennetta V. Davis

Date: April 16, 2008

From: Gloria Jean Pearson

Subj: Reference:  Antronio Thomas

   To: To whom it may concern:

Dear Sir/Madam,

   This letter is in reference to Antronio Thomas. I have known him since he was four years old, I have watched with pride the growth and development as he has matured into a fine young man.

   It is my opinion that Antronio's behavior is contributed to the loss of so many love ones from illness and tragedy. Being the youngest of four boys and having to be left by his other siblings, has not been easy because all of his friends and role models began new lives as men with families.

   Antronio is a loving and caring young man. He loves people and he feels that all people are good and caring. His mother is the love of his life and he would never do anything to hurt her or cause him to be away from her.

   This young man is not a danger to society and I pray that the courts will have mercy on him and spare him jail or prison time because of his actions, I know that his actions were against the law but I am sure that he is a remorseful young man and he wants the opportunity to redeem himself to the courts and to society.

   If it's any way possible for the courts to assign Antronio Thomas to community service in lieu of jail or prison, I pray that God will be his judge and jury.

Sincerely,

Gloria Jean  Pearson

Annette  Wynn
410 Brookview Dr.
Montgomery, Alabama  36110

March 16, 2008

To Whom It May Concern:

It is my pleasure to say a few words about Antonio Thomas.

I have known Antonio Thomas since 1990.  When my family moved to the
neighborhood, the Thomas family was the first family we met. I have also
known him as a football team player with my son.  Through the years,
Antonio has shown respect for the elderly.  He is honest and he has a gift of
helping those in need.

If I can be of any further assistance, or provide you with any further
information, please do not hesitate to contact me.

Sincerely,

Annette Wynn

February 6, 2008

To Whom It May Concern:

This letter is coming to you in reference to Antroneio Thomas, whom we have known for about ten years. Since we have known him, he has shown us the utmost respect. We feel that Antroneio made a bad decision and is now repentant of that decision. We believe if given an opportunity to redeem himself he will never do it again.

We do not want to make light of what was done, but ask that he will be shown mercy in this situation. We will help Antroneio be accountable not only for his past actions but for his future actions as well.

If you need to contact us you may call (334) 613-1959.

Thanks for your consideration,

Pastor & Mrs. Charles E. Dixon

NIKETTA JEANS
3143 GILMER AVENUE
MONTGOMERY, AL 36105

To Whom It May Concern:

This letter is in reference to the character of Antroneio "Tony" Thomas as I know him. I have known Tony for about 15 years. Tony is a free spirit that doesn't meet any strangers and will do for anybody. Although, Tony is like a little brother to me he takes on the role of a big brother that protects and cares for his little sister. Every time I see or talk to him he makes sure that I'm ok.

Over the period of time that I've known Tony I've seen him mature into a decent young man. By decent I mean that he made mistakes in the past but he learned from them. Even though learning was a working progress he managed to become more and more responsible and accountable for his actions. He doesn't go out nor does he hang out.

If his faith is in your hands, I ask that he be given an opportunity to PROVE that he can be a productive citizen. It's in him and he has demonstrated that is what he desires. Please give him a chance to prove that he does not want to be a statistic.

I can be reached by phone at (334) 288-2540 or by email at nikettaj@aol.com. I would be more than happy to share what I know about this young gentleman with you.

Sincerely,

Niketta Jeans

March 26, 2008

To Whom It May Concern:

I'm writing this letter on behalf of Antroneio Thomas whom I've known all his life and who is my deceased brother's child.

He is a caring person who took care of his terminally ill father and brother for a long period of time. He now assist his mother who has an eye disease and help other family members when needed.

Antroneio realized he made a mistake and would like another chance to correct his error.

Probation would be a plus to get started on the right road.

Thank You,

Mr & Mrs  Frederick D. Yeldell Sr

March 26, 2008

To Whom It May Concern:

I'm writing this letter on behalf of Antroneio Thomas, who is my cousin. He is a fine young man and a caring person. He was a care taker for his terminally ill father and brother who is now deceased.

Antroneio would benefit by being on parole so he can be more productive to his mother and in the community.

He realized he made a mistake and would like to turn his life around.


Thank You,

Frederick D. Yeldell II

*March 12, 2008*

*To whom it may concern, I am Carolyn Jackson, Antronieo (Tony) Thomas aunt. I have known Tony his entire life and I am pleased to say he is a man of good and moral character. Tony is an intelligent and level headed person. There are many positive qualities in Tony that he demonstrates not only to his friends but to his family as well.*

*In March of 2002 Tony's' father, Mr. Willie Thomas was diagnosed with terminal brain cancer. Tony assisted in caring for him until his death in June 2002. Taking care of his dad was time consuming and did not leave any time for much of a social life. Tony was also the primary caretaker for his brother, Kenneth Thomas who was diagnosed with ALS in 2000. His brother suffered from a condition that worsened and resulted in him having mandatory 24 hour care and supervision. Tony cared for his brother until his death in September of 2004.*

*Along with those hard tasks Tony has to constantly assist his mother who is legally blind on a daily basis, with household work etc. I can honestly put Tony in the category of being a loyal and dedicated person. I would describe Tony as a self starter and good communicator. I am proud to have him as a nephew and hope the change he is about to overcome will help him make more positive decisions in his future and show more of his good character. Thank you for your time.*

*Ms. Carolyn Jackson*

*Ms. Carolyn Jackson*

TO: WHOM IT MAY CONCERN:

I'M WRITING THIS LETTER ON THE BEHALF OF **"ANTRONEIO THOMAS"**. I'VE KNOWN HIM ALL OF HIS LIFE. **"ANTRONEIO"** HAS CONTRIBRIBIUTED ALOT OF TIME OVER THE LAST FEW YEARS TO HIS MOTHER SINCE THE LOST OF HIS FATHER AND BROTHER. SHE REALLY NEEDS HIM AT HOME WITH HER. AT ANY GIVEN TIME, SHE CAN ALWAYS COUNT ON HIM TO DO WHAT IT TAKES TO RESOLVE THE PROBLEM. IT CAN BE AN OPEN MINED SUGGESTION OR JUST ASKING A QUESTION. HE'S ALWAYS THERE FOR HIS MOTHER. HE HAS ALWAYS BEEN A MANNERABLE AND RESPECTABLE YOUNG MAN TO THE COMMUNITY AS WELL AS TO MY FAMILY. OUR FAMILY APPREACIATE EVERYTHING THAT HE HAS DONE FOR ANY OF US. HE HAS TOUCHED OUR LIVES IN A VERY SPECIAL WAY. THANK YOU.

*Mrs. George Tarver Sr.*

**MR. & MRS. GEORGE TARVER SR.**

**246 FLAIR DRIVE**

**MONTGOMERY, AL 36110**

**(334) 264- 5668**

Alexis Diana Minor
752 Golden Gate Drive
Montgomery, Al 36110

To whom it may concern,

     I have known Antronio Thomas for the past 8 years. Antroino is one of the few people I can label as being dependable and honest. I enjoy Antronios' company, he is an all around good person. I am writing this letter on my personal experience with him, in hopes to show the more positive side of Antronio Thomas. Thank you for your time.

Alexis D. Minor

June 24, 2008

To Whom It May Concern:

I'm writing this letter in regards of Antroneio Thomas, the most loving, honest, and caring individual that I know. I've known "Tony" for ten years and I've seen him grow into a young man, whenever I needed "Tony" he was always there for me. Recently my mother had a stroke and I didn't know how to deal with my mother being in the hospital, the first person I called was "Tony". Even though he couldn't come up to the hospital, I felt he was right there with me. I know he understands because he's been there before dealing with his father and his brother (which both has passed). "Tony" always looks out for other people before he thinks about himself, its not often you see "Tony" with a frown on his face and if you do he want tell you why, he'll just say, "I'm ok". "Tony" has always been the outgoing person and being stuck in the house is not sitting with him well but he's handling it very well, he still keeps a smile on his face. Finally, when it comes to family and friends you can not ask for a better son, brother, or friend. He loves his mother so much and I'm just not saying this because I'm writing this letter, I'm saying this because I've never seen a mother and son relationship so close before. "Tony" loves his mother so much and I think that's what hurts him the most. Just the other day I was on the phone with him and his cousin came from out of town I really don't know what the situation was but he was going in his closet making a lot of noise and I asked him, "what are you doing"? And he stated "I'm looking for some shoes for my cousin because he has on flip-flops and he doesn't have any shoes, he just moved down here and I can't let him go around without any shoes, all those shoes I have in my closet that I'm not wearing I can at least clean up a pair and give them to him". I thought that was the most caring thing "Tony" has ever done for anyone and "Tony" will give you the shirt off his back. I'm not trying to make this a sympathy letter and I'm definitely not condoning what "Tony" did was right but all I know is "Tony" realizes his mistakes and he's learning from them, and this whole situation will make him a better, and stronger man. I'm dreading the day he will have to leave not because he will be in prison, but I want have anybody to share my good

times and my bad times with and someone to make me laugh even when I don't want to laugh. In closing, I just want to say thank you for taking the time out of your busy schedule to read my letter concerning Antroneio Thomas.

Sincerely,

Ashley Jones

To Whom It May Concern:

I have had the pleasure of knowing Tony Thomas for sixteen years. During the years of our acquaintance, I have known Tony in many capacities and he has been one of my best friends since the day that we met. For the last sixteen years, Tony has been the greatest example of a friend to not only me, but to everyone that he has come into contact with. Tony has been as supportive to me as my own family, and my family as well as I have long considered him to be a part of my family. Tony has always been encouraging and uplifting to me.

Tony is an intelligent, capable, dedicated, and personable young man. The strongest feature of Tony is his personality. Tony has the uncanny ability to make everyone laugh no matter the situation. Tony's personality allows him to mingle with not only his peer group, but with others that are much older and younger than he is.

Sincerely,


Rashad Brewer