IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Matthew W. Shepherd, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 12th day of August, 2008.

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY

                         /s/Matthew W. Shepherd
                         MATTHEW W. SHEPHERD
                         Assistant United States Attorney
                         131 Clayton Street
                         Montgomery, AL 36104
                         Phone: (334) 223-7280
                         Fax: (334) 223-7135
                         E-mail: matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Petersen, Esq.

>Respectfully submitted,
>
>/s/Matthew W. Shepherd
>MATTHEW W. SHEPHERD
>131 Clayton Street
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: matthew.shepherd@usdoj.gov