IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-CR-314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

MOTION FOR DOWNWARD DEPARTURE FOR
ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility.  As grounds for this motion, the United States avers as follows:

1.  A grand jury sitting in the Middle District of Alabama returned an indictment against defendant on December 5, 2007.

2.  After being arrested, defendant notified the United States of his intent to plead guilty sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently.  Defendant pled guilty on April 25, 2008.

3.  Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 13th day of August, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Matthew W. Shepherd
        MATTHEW W. SHEPHERD
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        334-223-7280
        334-223-7135 Fax
        matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-314-WKW |
| | ) | |
| ANTRONEIO LEVELLE THOMAS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Michael Petersen, attorney for the defendant.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334-223-7280
334-223-7135 Fax
matthew.shepherd@usdoj.gov